# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**WILLIAM BRENT LARION,**<br><br>Defendant. | **CR 17-33-GF-BMM**<br><br>**ORDER DISMISSING INDICTMENT WITHOUT PREJUDICE** |

The United States has filed a motion, under Fed. R. Crim. P. 48(a), to dismiss the indictment without prejudice. The defendant does not oppose the motion. For good cause shown,

IT IS ORDERED that the indictment is dismissed without prejudice. The trial scheduled for October 16, 2017 at 9:00 a.m. is VACATED. All other pending deadlines are also vacated.

DATED this 21st day of September, 2017.

_____
Brian Morris
United States District Court Judge